UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUL 1 8 2005

Michael N. Milby, Clerk of Court

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | Corpus Christi | Case Number | 05-217 |
|---|---|---|---|
| Tonja Rice, et al. | | | |
| *versus* | | | |
| Phoenix Life and Annuity Company | | | |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Admitted U.S. District Court for: | Richard H. Vestal<br>Attorney At Law<br>109 S. Kathleen<br>Beeville, TX 78102<br>(361) 358-6001<br>00792895 |
|---|---|

Seeks to appear as the attorney for this party:

Plaintiff, Tonja Rice

Dated: 7/11/05    Signed: [signature]

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on July 26, 2005        [signature]
United States District Judge

SDTX (d_prohac.ord)
02/03/98